IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY ANN BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>DR. PREETINDER SIDHU, and VA MEDICAL CENTER, Veterans Health Administration;<br><br>    Defendants. | 8:20CV342<br><br>MEMORANDUM AND ORDER |

Before the court is Plaintiff's motion to proceed in forma pauperis (filing 2). Plaintiff states she is not employed but she has received income in the past 12 months from pension, annuity, or life insurance payments. Specifically, Plaintiff states that she receives "VA compensation" of $3,100 per month and expects to continue receiving such compensation. Plaintiff has approximately $112,000.00 in cash or in a checking or savings account. She describes monthly expenses of $1,632 for a mortgage, $550 for utilities, and $1200 for credit card debt. She also indicates she provides support to various relatives in a total amount of $1000 per month. Given the extent of Plaintiff's available assets, the court finds that her monthly expenses would not impact her ability to pay the relatively modest filing fee associated with filing a claim in federal court. Therefore,

IT IS ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (filing 2) is denied.

2. Plaintiff shall pay the $400.00 filing fee within 30 days of the date of this order.

3. Failure to comply with this order will result in this matter being dismissed without prejudice and without further notice.

4. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: **September 25, 2020**: deadline for Plaintiff to pay $400.00 filing fee.

Dated this 26th day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge