IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY ANN BROWN, <br><br> Plaintiff, <br><br> vs. <br><br> DR. PREETINDER SIDHU; and VA MEDICAL CENTER, Veterans Health Administration, <br><br> Defendants. | 8:20CV342 <br><br> **MEMORANDUM AND ORDER** |

This matter is before the court on its own motion. On August 26, 2020, the court ordered Plaintiff to pay the $400.00 filing fee within 30 days or face dismissal of this matter. To date, Plaintiff has not paid the filing fee or taken any other action.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice for failure to pay the court's filing fee, and for failure to comply with a court order.

2. The court will enter judgment by a separate document.

Dated this 1st day of October, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge