IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARY ANN BROWN,

          Plaintiff,

     v.

UNITED STATES OF AMERICA,

          Defendant.

**8:20CV342**


**ORDER**


This matter is before the Court on pro se plaintiff Mary Ann Brown's ("Brown") second and third motions to "reopen" her case (Filing Nos. 56, 58) based on further discussions she has purportedly had with staff at the Veterans Affairs Medical Center. The government opposes Brown's effort, arguing she continues to make (1) "unsupported, self-serving statements regarding presumed employees of the United States and comments they made regarding her" and (2) "false allegations" of threats against her and others by the Assistant United States Attorney. In the government's view, nothing Brown has presented warrants the Court disturbing its prior orders in this case. The Court agrees.

For that reason, Brown's second and third motions to "reopen" her case (Filing Nos. 56, 58) are denied.

IT IS SO ORDERED.

Dated this 27th day of January 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge